IN THE UNITED STATES BANKRUPTYC COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 11-50278-AEC |
| | ) | |
| Wendy M. Davis | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |

## NOTICE OF TURNOVER OF UNCLAIMED FUNDS

COMES NOW, Joy R. Webster, Chapter 7 Trustee in the above-referenced case and pursuant to 11 U.S.C § 347 and F.R.B.P. 3011 show the following:

1.

The above-referenced case was filed as a Chapter 7 on July 31, 2011. The Trustee filed a Report of No Distribution and the Court closed the case on May 20, 2011. The case was reopened per Order of the Court dated September 4, 2013.

2.

A Distribution was made to creditors from the estate on or about June 2, 2015. As part of the distribution, a check was forwarded to Central Financial Control in the amount of $67.75 for payment of their claim, Claim No. 5, Central Financial Control in the amount of $49.55 for payment of their claim, Claim No. 6 and to Financial Asset Management Systems, Inc. in the amount of $236.61 for payment of their claim, Claim No. 8. All three checks have been returned to the Trustee. The two checks made payable to Central Financial Control were returned as undeliverable. Further investigation shows Central Financial Control is no longer in business. The check to Financial Asset Management Systems, Inc. was returned because the account is no longer placed with them. The last known address of Central Financial Control is P.O. Box 66051, Anaheim, CA 92816 and the last known address for Financial Asset Management Systems, Inc. is P.O. Box 451409, Atlanta, GA 31145-9409.

3.

A check has been issued made payable to the United States Bankruptcy Court in the amount of $353.91 to be disposed of as unclaimed funds.

Wherefore, Joy R. Webster, Chapter 7 Trustee prays that the Court will accept the funds and dispose of them appropriately.

This **12th** day of **August, 2015.**

|  |  |
|---|---|
|  | /s/ Joy R. Webster |
| Akin, Webster & Matson, P.C. | Joy R. Webster |
| P.O. Box 1098 | Chapter 7 Trustee |
| Macon, GA 31202 | GA Bar No. 605523 |
| (478) 742-1889 | jwebster@akin-webster.com |